IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DARREL DEON HARVEY,**

    *Petitioner*,

v.                      Case No.: 4:24cv3-MW/HTC

**SECRETARY, DEPARTMENT OF
CORRECTIONS, STATE OF
FLORIDA,**

    *Respondent.*
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 30, and has also reviewed *de novo* Petitioner's objections, ECF No. 31. Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 30, is **accepted and adopted**, over the Petitioner's objections, as this Court's opinion.

The Clerk shall enter judgment stating, "Petitioner's petition under 28 U.S.C. § 2254, challenging the conviction in *State v. Harvey*, Leon County, Florida, Case Number 2017 CF 526, ECF No. 1, is **DENIED without an evidentiary hearing**." A certificate of appealability is **DENIED**. Petitioner's pending motions, ECF Nos.

26, 27, 28, 29, and 32 are **DENIED as moot**. The Clerk shall close the file.

**SO ORDERED on July 15, 2024.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
